United States Court of Appeals
Fifth Circuit

**F I L E D**

June 13, 2003

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

————————————

02-20733
Summary Calendar

————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALFRED CHARLES HABELMAN,

Defendant-Appellant.

———————————————————————————

Appeal from the United States District Court
for the Southern District of Texas
(H-02-CV-1328)

———————————————————————————

Before BARKSDALE, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Alfred Habelman, *pro se*, appeals the 90-day confiscation of his pilot's certificate in 2002, pursuant to an enforcement action brought by the Government. Habelman contested the suspension of his pilot's certificate in earlier proceedings; the suspension was affirmed. **Habelman v. Garvey**, No. 98-60710 (5th Cir. 19 July 1999) (unpublished). Once the Government sued to enforce that judgment, Habelman complied voluntarily and the district court entered final

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

judgment.  Habelman's contentions belong to the original litigation and cannot be heard by this court when considering the enforcement at issue.  *E.g.,* **In re Gibraltar Resources, Inc.**, 210 F.3d 573, 576 (5th Cir. 2000).

*AFFIRMED*

2